| | |
|---|---|
| 1 | Edwin Aiwazian (Cal. State Bar No. 232943) |
|  | edwin@calljustice.com |
| 2 | Arby Aiwazian (Cal. State Bar No. 269827) |
|  | arby@calljustice.com |
| 3 | Daniel J. Kramer (Cal. State Bar No. 314625) |
|  | daniel@calljustice.com |
| 4 | Aram Boyadjian (Cal. State Bar No. 334009) |
|  | aram@calljustice.com |
| 5 | LAWYERS for JUSTICE, PC |
|  | 410 West Arden Avenue, Suite 203 |
| 6 | Glendale, California 91203 |
|  | Telephone: (818) 265-1020 |
| 7 | Facsimile: (818) 265-1021 |

Attorneys for Plaintiffs RADAMES FLORES and FRANK VILLAGRAN

CHRISTOPHER W. DECKER, CA Bar No. 229426
christopher.decker@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
400 South Hope Street, Suite 1200
Los Angeles, CA 90071
Telephone: 213-239-9800
Facsimile: 213-239-9045

Attorneys for Defendants COMMERCIAL METALS COMPANY and TAMCO dba CMC Steel California, Inc.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RADAMES FLORES, FRANK VILLAGRAN, individually, and on behalf of other members of the general public similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>COMMERCIAL METALS COMPANY, a Delaware corporation; CMC STEEL CALIFORNIA, an unknown business entity; and DOES 1 through 100, inclusive,<br><br>　　　　　Defendants. | Case No. 5:21-cv-01992-JGB-JC<br><br>**NOTICE OF SETTLEMENT AND JOINT STIPULATION TO VACATE DEADLINE TO RESPOND TO COMPLAINT**<br><br><br>Complaint Filed: August 20, 2021<br>Trial Date:　　　None |

Plaintiffs Radames Flores and Frank Villagran (collectively, "Plaintiffs") and Defendants Commercial Metals Company and TAMCO dba CMC Steel California (collectively, "Defendants"), submit this Notice of Settlement and Joint Stipulation to Vacate Deadline To Respond To Complaint.

The Parties advise the Court that they have reached a settlement, and are in the process of memorializing that settlement in a settlement agreement. The settlement fully resolves Plaintiffs' individual claims, and dismisses the class claims without prejudice. The Parties expect that the settlement agreement will be fully executed within fourteen days, at which time Plaintiffs will file a Joint Stipulation of Dismissal of Plaintiffs' individual claims with prejudice, and the class claims without prejudice.

In view of the settlement, the Parties request that the Court vacate the February 18, 2022 deadline for Defendants to respond to Plaintiffs' Complaint.

Therefore, Plaintiffs and Defendants, through their respective counsel, hereby stipulate and agree as follows:

1. The deadline for Defendants to respond to Plaintiffs' Complaint is vacated.
2. Plaintiff will file a Joint Stipulation of Dismissal no later than March 4, 2022.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

**IT IS SO STIPULATED.**

DATED: February 15, 2022

Respectfully submitted,

LAWYERS FOR JUSTICE, PC

By: /s/ Daniel J. Kramer
Edwin Aiwazian
Arby Aiwazian
Aram Boyadjian
Daniel J. Kramer

Attorneys for Plaintiffs
RADAMES FLORES and FRANK VILLAGRAN

DATED: February 15, 2022

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: /s/ Christopher W. Decker
Christopher W. Decker

Attorneys for Defendants
RADAMES FLORES and FRANK VILLAGRAN

50322476.v1-OGLETREE