Edwin Aiwazian (Cal. State Bar No. 232943)
  *edwin@calljustice.com*
Arby Aiwazian (Cal. State Bar No. 269827)
  *arby@calljustice.com*
Daniel J. Kramer (Cal. State Bar No. 314625)
  *daniel@calljustice.com*
Aram Boyadjian (Cal. State Bar No. 334009)
  *aram@calljustice.com*
**LAWYERS *for* JUSTICE, PC**
410 West Arden Avenue, Suite 203
Glendale, California 91203
Telephone:  (818) 265-1020
Facsimile:   (818) 265-1021

*Attorneys for* Plaintiffs RADAMES FLORES, FRANK VILLAGRAN

Christopher W. Decker (Cal. State Bar No. 229426)
christopher.decker@ogletree.com
**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**
400 South Hope Street, Suite 1200
Los Angeles, CA 90071
Telephone:     213-239-9800
Facsimile:      213-239-9045

*Attorneys for* Defendant
COMMERCIAL METALS COMPANY, CMC STEEL CALIFORNIA

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RADAMES FLORES, FRANK VILLAGRAN, individually, and on behalf of other members of the general public similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COMMERCIAL METALS COMPANY, a Delaware corporation; CMC STEEL CALIFORNIA, an unknown business entity; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.: 5:21-cv-01992-JGB-JC<br><br>Honorable Jesus G. Bernal<br><br>**JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE RULE 41(a)(1)(A)(ii)**<br><br>Complaint Filed:  August 19, 2021<br>Trial Date:          None Set |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Radames Flores and Frank Villagran (collectively, "Plaintiffs") and Defendants Commercial Metals Company and CMC Steel California (collectively "Defendants") (Plaintiffs and Defendants shall be referred to collectively herein as "the Parties"), by and through their respective undersigned counsel, hereby dismiss this action without prejudice and without court order pursuant to this stipulation signed by all parties who have appeared (the "Stipulation"), as described below:

**WHEREAS**, on August 19, 2021, Plaintiffs, individually, and on behalf of other members of the public similarly situated, filed a wage and hour class action lawsuit in the Superior Court of California, County of San Bernardino, case number CIVSB2124129, against Defendants (the "Action");

**WHEREAS**, on November 24, 2021, Defendants removed the current Action to the United States District Court for the Central District of California, where the case is assigned as 5:21-cv-01992-JGB-JC;

**WHEREAS,** after meeting and conferring with Defendants, Plaintiffs have agreed to settle their individual claims with Defendants for a monetary payment in exchange for an agreement to a general release of all individual claims, waiver of California Civil Code section 1542, and confidentiality;

**WHEREAS,** under the settlement, Plaintiffs are receiving monetary payment for dismissal of their individual claims and Plaintiffs' counsel is receiving monetary payment for attorneys' fees and costs associated with Plaintiffs' individual claims, and no consideration has been provided to Plaintiffs or Plaintiffs' Counsel, including any fees or costs, for dismissing the class claims without prejudice;

**WHEREAS**, Plaintiffs have agreed to dismiss the class claims without prejudice;

**WHEREAS,** no class has been certified in this Action, no notice has been individually sent to putative class members in this Action, and none of the putative

class members should be prejudiced in any way by dismissal of the class claims without prejudice, in the absence of notice;

**WHEREFORE**, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs, individually, and Defendants, by and through their respective counsel, hereby stipulate that this matter be dismissed without prejudice;

**IT IS SO STIPULATED**

Respectfully submitted,

Date: March 17, 2022                     **LAWYERS *for* JUSTICE, PC**

BY: /s/ Daniel J. Kramer
Daniel J. Kramer
Attorneys *for* Plaintiff

Date: March 17, 2022                     **OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

BY: /s/ Christopher W. Decker
Christopher W. Decker
Attorneys *for* Defendants

Pursuant to Local Rule 5-4.3.4(a)(2), the filer attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.